IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MIGUEL E. GARCIA,

    Plaintiff,

v.                                          Case No.  20-cv-135-slc

BRIAN FOSTER, TERRY MILLER,
CAPTAIN WESTRA, CAPT. TRINTT,
CAPT. SANCHEZ, CAPT. RADTKE,
SGT. JOHN DOE, SGT. KROLL,
C/O JOHN DOE, SW MRS. DU
FRANE, D. JONES, CAPT. JOHN DOE,
and ICE MRS. PATTEN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 6/9/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |